■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE TAVAREZ, Appellant. [892 NYS2d 865]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Blumenfeld, J.), rendered September 12, 2007, convicting him of manslaughter in the first degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claim that the Supreme Court erred in submitting manslaughter in the first degree (*see* Penal Law § 125.20 [1]) as a lesser-included offense of murder in the second degree (*see* Penal Law § 125.25 [1]) is waived inasmuch as the defendant did not object to the submission of first-degree manslaughter before the jury retired to deliberate (*see* CPL 300.50 [1]; *People v Mullins*, 13 AD3d 397 [2004]; *People v Dunbar*, 145 AD2d 501, 502 [1988]). In any event, a reasonable view of the evidence supports a finding that the defendant intended to cause serious physical injury rather than death (*see* CPL 300.50 [1]; *People v Glover*, 57 NY2d 61, 64 [1982]; *People v Pelsey*, 60 AD3d

1088 [2009]; *People v Batts*, 244 AD2d 345 [1997]; *People v Davis*, 181 AD2d 411, 411-412 [1992]).

The defendant's remaining contention is not preserved for appellate review and, in any event, is without merit. Fisher, J.P., Florio, Belen and Austin, JJ., concur.